# SUBPOENA/SUMMONS

**STATE OF LOUISIANA**

In the Interest Of:
ANDERSON, B████

Case Number: 2021-JC-37

TO: **BRANDON ANDERSON**
    **LPCC**
    **916 LAFAYETTE ST.**
    **LAFAYETTE, LA 70501**

**15TH JUDICIAL DISTRICT COURT**
**PARISH OF LAFAYETTE**

Parent

Defendant's Charge: **Juvenile**

You are hereby ordered to appear before the 15th Judicial District Court in and for the Parish of Lafayette on **12/07/2021,** at **8:30AM** in the above entitled matter for the purpose of: **JUVENILE REVIEW,** .

**LAFAYETTE PARISH COURTHOUSE**

Clerk's office, Lafayette, Louisiana on this the 21st day of October, 2021.

Susie St. Clair
Deputy Clerk of Court

1. It is strongly recommended that young children not be brought to court unless they are parties, witnesses, or part of an educational group.
2. Please dress appropriately and camera phones are not allowed in the courthouse.
3. DEFENDANT ONLY: If you cannot afford an attorney, contact the Public Defender's Office at (337) 232-9345 or www.15jdpdo.org

**If you require an interpreter for court visit https://15thjdc.org/uploads/requestformrevisedMar2011.pdf.**

YOUR RIGHTS: In Juvenile Court, your basic rights include; right to counsel, right to confrontation and cross-examination, notice of charges, privilege against self-incrimination, right to appellate review, and such other rights as afforded by Law.

# SUBPOENA/SUMMONS



**STATE OF LOUISIANA**

**In the Interest Of:**
ZENO, H

**15TH JUDICIAL DISTRICT COURT**
**PARISH OF LAFAYETTE**

**Case Number: 2021-JC-300**

TO: **BRANDON ANDERSON**
    **LPCC**
    **LAFAYETTE, LA 70501**

Parent

Defendant's Charge: **Juvenile**

You are hereby ordered to appear before the 15th Judicial District Court in and for the Parish of Lafayette on **12/07/2021**, at **8:30AM** in the above entitled matter for the purpose of: **JUVENILE REVIEW**, .

**LAFAYETTE PARISH COURTHOUSE**

Clerk's office, Lafayette, Louisiana on this the 21st day of October, 2021.

Susie St. Clair
Deputy Clerk of Court

1. It is strongly recommended that young children not be brought to court unless they are parties, witnesses, or part of an educational group.
2. Please dress appropriately and camera phones are not allowed in the courthouse.
3. DEFENDANT ONLY: If you cannot afford an attorney, contact the Public Defender's Office at (337) 232-9345 or www.15jdpdo.org

If you require an interpreter for court visit https://15thjdc.org/uploads/requestformrevisedMar2011.pdf.
YOUR RIGHTS: In Juvenile Court, your basic rights include; right to counsel, right to confrontation and cross-examination, notice of charges, privilege against self-incrimination, right to appellate review, and such other rights as afforded by Law.