

RETURN TO SENDER

X-RAYED

Refused not at Facility

SHREVEPORT LA 710

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.57⁰
02 1P
0000941621
MAILED FROM ZIP CODE 71101
OCT 25 2022

NIXIE      708   FE   1          0011/07/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 71161366399      *1165-66211-26-66

UTF

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TOM STAGG UNITED STATES COURT HOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

**RECEIVED**

NOV 09 2022

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

20-cr-00284 -01
#401

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Ericka Guidry
Iberia Parish Criminal Justice Facility
3618 Broken Arrow Rd
New Iberia, LA 70560

---

Case: 6:20-cr-00284 #401
3 pages printed: Tue, 25 Oct 2022 11:21:22

---

### YOU COULD RECEIVE THIS NOTICE AS SOON AS
### IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

UNITED STATES OF AMERICA                    CASE NO.  6:20-CR-00284-01

VERSUS                                      JUDGE JAMES D. CAIN, JR.

BRANDON ANDERSON (01)                       MAGISTRATE JUDGE CAROL B. WHITEHURST

### ORDER

On the basis of the captioned-defendant's financial affidavit in this case, the Court determines that the defendant:

\_\_\_   is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

X   is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent defendant or recommend counsel for appointment from the CJA panel.

\_\_\_   is financially unable to pay the fee of any witness and, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

THUS DONE in Chambers on this 24th day of October, 2022.

Carol B. Whitehurst
United States Magistrate Judge

**U.S. District Court**

**Western District of Louisiana**

**Notice of Electronic Filing**

The following transaction was entered on 10/25/2022 at 11:14 AM CDT and filed on 10/24/2022

| | |
|---|---|
| **Case Name:** | USA v. Anderson, et al |
| **Case Number:** | 6:20-cr-00284-JDC-CBW |
| **Filer:** | |
| **Document Number:** | 401 |

**Docket Text:**
ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Brandon Anderson (1). Motions terminated: [399] MOTION to Appoint Counsel filed by Brandon Anderson. Signed by Magistrate Judge Carol B Whitehurst on 10/24/2022. (crt,Adams, K)