

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Ericka Guidry
Iberia Parish Criminal Justice Facility
3618 Broken Arrow Rd
New Iberia, LA 70560

Case: 6:20-cr-00284 #402
3 pages printed: Tue, 25 Oct 2022 11:21:33

### YOU COULD RECEIVE THIS NOTICE AS SOON AS IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 6:20-CR-00284-01 |
| VERSUS | JUDGE JUNEAU |
| BRANDON ANDERSON (01)<br>TORY PHILLIPS (02)<br>JHAILEN ZENO (03)<br>CORD ANDERSON (04)<br>JERRICK WILLIAMS (05)<br>WILLIAM WILLIAMS (06)<br>KENDRICK JAMES (07)<br>RANDY DUGAS (08)<br>ERIKA GUIDRY (09)<br>PAUL NOEL (10) | MAGISTRATE JUDGE WHITEHURST |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that J. KEVIN STOCKSTILL, Attorney at Law, is hereby recognized as counsel of record for the Defendant, BRANDON ANDERSON.

SIGNED at Lafayette, Louisiana, on this 25th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Case 6:20-cr-00284-JDC-CBW   Document 408   Filed 11/09/22   Page 4 of 4 PageID #: 1393

## U.S. District Court

### Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 10/25/2022 at 11:16 AM CDT and filed on 10/25/2022

| | |
|---|---|
| **Case Name:** | USA v. Anderson, et al |
| **Case Number:** | 6:20-cr-00284-JDC-CBW |
| **Filer:** | |
| **Document Number:** | 402 |

**Docket Text:**
ORDER granting [397] Motion to Enroll J Kevin Stockstill as Counsel for Brandon Anderson (1). Signed by Magistrate Judge Carol B Whitehurst on 10/25/2022. (crt,Adams, K)